UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING & TRUST CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REGINA HOMES, LLC et al., ) <br> ) <br> Defendants. ) <br> ) | 2:12-cv-00451-RCJ-GWF <br><br> **ORDER** |

This is an action for deficiency after foreclosure of real estate and breach of guaranty. Pending before the Court is a Motion to Stay (ECF No. 52). The motion is ripe. The Court grants the motion to stay for the reasons recently given in another case pending before the Court. *See Eagle SPE NV I, Inc. v. Kiley Ranch Cmtys.*, No. 3:12-cv-00245, 2013 WL 1792329, at *3–4 (D. Nev. Apr. 25, 2013) (Jones, C.J.). Here, as in *Eagle SPE NV I*, the retroactive effect of Assembly Bill 273 upon section 40.459 of the Nevada Revised Statutes, the state statute that governs limits upon deficiency judgments, may be determinative of the amount for which Defendants can be held liable in this case. Consolidated oral arguments in two cases before the Nevada Supreme Court, *Sandpointe Apartments, LLC v. Dist. Ct.*, No. 59507 and *Nielsen v. Dist. Ct.*, No. 59823, were held on October 1, 2012, and the case was submitted for decision. Because the rulings on the state statute in those cases may be determinative of the present case, and because the ruling is expected before long, the Court agrees that a stay is appropriate.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Stay (ECF No. 52) is GRANTED.

IT IS SO ORDERED.

Dated this 28th day of May, 2013.

_____
ROBERT C. JONES
United States District Judge