# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANCH BANKING AND TRUST COMPANY, )
)
                Plaintiff, )   Case No. 2:12-cv-00451-JAD-GWF
)
vs. )   **ORDER**
)
REGENA HOMES, LLC, *et al.*, )   Motion to Reinstate Order (#62)
)
                Defendants. )
_____)

        This matter comes before the Court on Defendants' Motion (#62) to reinstate the Court's Order (#47) granting Defendant's Motion for Leave to File Amended Answer (#44), filed on November 5, 2013. Defendants filed a Notice (#67) that Plaintiff has not filed an opposition to the instant Motion (#62) on November 26, 2013.

        The District Judge stayed this case on January 15, 2013. *See Order, Doc. #46*. This Court entered an order granting leave for Defendants to file an amended answer, *see Doc. #47*, but subsequently vacated that order in light of the stay. *See February 12, 2013 Minute Order, Doc. #48*. On September 3, 2013, this Court denied Defendants' Motion to Reinstate the Stay (#52). *See Minutes of Proceedings, Doc. #58*. Because the stay is no longer in effect, Defendants now move to reinstate the Order (#47) granting leave to amend.

        The Court finds that good cause still exists for the filing of an amended answer. Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

...

**IT IS HEREBY ORDERED** that Defendants' Motion to Reinstate the Order Granting Leave to File an Amended Answer (#62) is **granted**.

**IT IS FURTHER ORDERED** that this Court's Order (#47) is reinstated.

**IT IS FURTHER ORDERED** that Defendants shall have until **December 12, 2013** to file the proposed amended answer (#44, Exh. A).

DATED this 2nd day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge