# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANCH BANKING AND TRUST COMPANY, )
)
                    Plaintiff, )    Case No. 2:12-cv-00451-RCJ-GWF
)
vs. )    **ORDER**
)
REGENA HOMES, LLC, *et al.*, )
)
                    Defendants. )

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Stipulation and Order to Extend Discovery Deadlines (Fifth Request) (#74) filed December 20, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 5, 2014, or 30 days after a decision on the dispositive motions. Motions for summary judgment (#78, 79, 80 and 107) were decided on July 23, 2014, in which case the date for filing the Joint Pretrial Order was suspended until 30 days after the decision. There are no further dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

    1.    Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **October 6, 2014.** Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

      2.      The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 24th day of September, 2014.

                                                  _____
                                                  GEORGE FOLEY, JR.
                                                  United States Magistrate Judge