Jeremy J. Nork, Esq.
Nevada Bar No. 4017
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
jnork@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>REGENA HOMES, LLC, a Nevada limited liability company; YOEL INY, an individual; NOAM SCHWARTZ, an individual; YOEL INY, Trustee of the Y & T INY FAMILY TRUST dated June 8, 1994, as amended; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., LLC, a Nevada limited liability company; GREAT AMERICAN CAPITAL, a Nevada corporation; and DOES 1 through 10, inclusive.<br><br>                    Defendants. | CASE NO. 2:12-cv-00451-RCJ-GWF<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NONTAXABLE COSTS**<br><br>(First Request) |

/ / /

/ / /

Page 1 of 2

7441628_1

Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to extend the deadline for Plaintiff to respond to Defendants' Opposition to Plaintiff's Motion for Attorneys' Fees and Nontaxable Costs (Dkt. 184) from October 8, 2015 to **October 19, 2015**. This stipulation is made to accommodate the schedule of Plaintiff's counsel and not for purposes of delay.

DATED October 8, 2015

*signature*

Jeremy J. Nørk, Esq.
Nicole E. Lovelock, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

DATED October 8, 2015

/s/ Bart K. Larsen

Bart K. Larsen, Esq.
Janet Rosales, Esq.
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145

*Attorneys for Defendants*

**IT IS SO ORDERED:**

*signature*

UNITED STATES DISTRICT JUDGE

Dated: October 9, 2015

Page 2 of 2

7441628_1