# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANCH BANKING AND TRUST COMPANY,

        Plaintiff,

vs.

REGENA HOMES, LLC, *et al.*,

        Defendants.

Case No. 2:12-cv-00451-APG-GWF

**ORDER**

This matter is before the Court on Defendants' Motion to Remove Attorney from Electronic Service List (ECF No. 214), filed on July 10, 2017.

Defendants' counsel represents that Daniel Kidd, Esq. is no longer associated with the law firm of Kolesar & Leatham and therefore requests that he be removed from the electronic service list. The movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Remove Attorney from Electronic Service List (ECF No. 214) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Daniel Kidd, Esq. from the CM/ECF service list in this case.

DATED this 11th day of July, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge